HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON FINN,<br><br>　　　　Defendant. | No. CR19-34-RSL<br><br>ORDER GRANTING THE MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

THE COURT has considered Mr. Finn's motion to modify the conditions of supervised release and the files and records herein.

The Court GRANTS the motion and it is hereby ordered that Mr. Finn's supervised release condition to require a monthly drug testing be stricken from his supervised release conditions.

DONE this 18th day of May, 2021.

*[signature: M S Lasnik]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Aaron Finn

ORDER TO MODIFY SUPERVISED
RELEASE CONDITIONS
(*USA v. Finn* / CR19-34-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**