Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AARON BRUNO FINN,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-034RSL<br><br>**ORDER GRANTING EXTENSION OF TIME AND RE-NOTING MOTION FOR EARLY TERMINATION NOF SUPERVISED RELEASE** |

　　　Having considered the motion, the Court hereby re-notes the pending Motion for Early Termination of Supervised Release, Dkt. 13, to August 5, 2022. The government's response is due July 29, 2022.

　　　Dated this __26th__ day of July, 2022.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
United States District Judge

Order – 1
*United States v. Finn*, CR19-034RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970