1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,                    Case No. CR19-34-RSL

10                    Plaintiff,                 ORDER DENYING EARLY
                                                 TERMINATION OF
11              v.                               SUPERVISED RELEASE

12  AARON BRUNO FINN,

13                    Defendant.

14      This matter comes before the Court on defendant Aaron Bruno Finn's "Motion for Early

15  Termination of Supervised Release" (Dkt. # 13).

16      On December 6, 2013, defendant pleaded guilty to sexual exploitation of a child –

17  transportation of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1), (b)(1).  Dkt. # 2-2.

18  On February 20, 2014, the U.S. District Court for the District of Alaska sentenced defendant to

19  72 months of imprisonment and 15 years of supervised release.  Dkt. # 2-3.  Defendant began

20  his term of supervision on December 24, 2018.  Dkt. # 1.  This Court accepted jurisdiction over

21  defendant on February 22, 2019.  Id.

22      The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . .

23  terminate a term of supervised release and discharge the defendant released at any time after the

24  expiration of one year of supervised release . . . if it is satisfied that such action is warranted by

25  the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e).  The

26  Court enjoys "discretion to consider a wide range of circumstances when determining whether

27  to grant early termination."  United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing

28  United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

ORDER DENYING EARLY
TERMINATION OF SUPERVISED RELEASE - 1

1    Defendant is not a suitable candidate for early termination.  The Court commends

2 defendant on the significant monetary support that he provides to his son and son's mother.  See

3 Dkt. # 13-2.  This prosocial behavior alone, however, is insufficient to support early termination.

4 While the Court also commends defendant on his violation-free record while under supervision,

5 see Dkt. # 13 at 2, it is concerned by his lack of cooperation with his Probation Officer and

6 attitude in his sex offender treatment program, see Dkt. # 19 at 2-3.  In sum, the Court is not

7 satisfied that the conduct of the defendant and the interest of justice support early termination of

8 supervision.  See 18 U.S.C. §§ 3583(e)(1), 3553(a).  If defendant would like the Court to

9 seriously consider a future request for early termination of supervised release, he will need to

10 adopt a renewed attitude towards supervision and cooperate openly with his Probation Officer.

11    Accordingly, defendant's request for early termination of supervised release (Dkt. # 13)

12 is DENIED.  Notwithstanding, the Court supports defendant's desire to relocate to Salem,

13 Oregon.  The Court is amenable to transferring jurisdiction over defendant to the U.S. District

14 Court for the District of Oregon.

15    IT IS SO ORDERED.

16    DATED this 16th day of August, 2022.

17

18

19

20    Robert S. Lasnik
    United States District Judge

21

22

23

24

25

26

27

28

ORDER DENYING EARLY
TERMINATION OF SUPERVISED RELEASE - 2